**Order entered September 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00857-CR

**CHAD ALLEN BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00082-R**

## ORDER

The Court **DENIES** as moot the August 28, 2015 request of court reporter Joseph Phillips for an extension until October 4, 2015 to file the reporter's record. The documents before the Court reflect that sentence was imposed on June 12, 2015, and appellant filed a motion for new trial; therefore, the record is not due until Monday, October 12, 2015. *See* TEX. R. APP. P. 4.1(a), 35.2(b).

We **DIRECT** the Clerk to send copies of this order to Joseph Phillips, official court reporter, 265th Judicial District Court, and to counsel for all partier.

/s/    ADA BROWN
        JUSTICE